UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR02-0261-TSZ-JPD |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| IRHONDA LAKISHA PAYNE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial revocation hearing on supervised release violations in this case was scheduled before the undersigned Magistrate Judge on February 28, 2006. The United States was represented by Assistant United States Attorney William Redkey, and the defendant by Mr. Robert Goldsmith. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about February 14, 2003, by the Honorable Thomas S. Zilly, to twenty-four (24) months imprisonment, to be followed by five (5) years of supervised release on a charge of Bank Fraud.

In addition to the standard conditions of supervised release, which include compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, no possession of firearms, consent to search, no new credit, notification to the United States Probation Officer of all computer hardware and software owned or operated, financial disclosure, and

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

restitution.

On December 9, 2005, a warrant for defendant's arrest was issued on December 9, 2005, and defendant was charged with violations of conditions of her supervised release.

In the Pretrial Petition for Warrant or Summons for Offender Under Supervision dated December 9, 2005, Mr. Felix Calvillo, Jr., Senior U.S. Probation Officer, alleged the following violations of defendant's conditions of supervised release:

(1) Failing to notify the probation officer of all computer hardware and software owned, in violation of the special condition of supervised release.

(2) Possessing a firearm (HiPoint Firearm, Model 995; Serial A52655), in violation of the general and special conditions of supervised release.

(3) Committing the crimes of Forgery, Theft and Identity Theft, in violation of the general condition that she not commit a federal, state or local crime.

(4) Committing the crime of Driving Under the Influence, in King County, Washington, on or about September 4, 2005, in violation of the general condition that she not commit a federal, state or local crime.

(5) Failing to disclose on monthly reports or notify the U.S. Probation Office of U.S. Bank accounts #153556789581 and #153556544432, in violation of the special condition of supervised release.

On December 8, 2005, defendant was arrested by King County Sheriff deputies for the alleged crime of False Statements on or about October 26, 2005, in violation of 18 U.S.C. § 1101 and, also, in violation of the standard condition of her existing supervised release that she not commit another federal, state, or local crime.

On December 12, 2005, defendant appeared before the Honorable Monica J. Benton for the alleged charge of False Statements, was advised of her rights and the allegations against her, denied the allegations, and requested that an evidentiary hearing be held on revocation of her supervised release.  The evidentiary hearing on revocation of supervised

release was set before the Honorable James P. Donohue.

In the Supplemental Violation Report dated December 28, 2005, Mr. Felix Calvillo, Jr., Senior U.S. Probation Officer, petitioned the Court to incorporate the following alleged violation of defendant's supervised release in all future proceedings, and with the violations previously reported to the Court on December 9, 2005:

(6) Committing the crime of False Statements in violation of 18 U.S.C. § 1001, in King County, Washington, on or about October 26, 2005, in violation of the general condition that she not commit another federal, state or local crime.

The evidentiary hearing for Revocation of Supervised Release was held on February 28, 2006, at 9:30 a.m., before the Honorable James P. Donohue. Defendant was advised of the allegations, and admitted to violation numbers 1, 3, 5, and 6. At the evidentiary hearing, the government dismissed violation numbers 2 and 4.

I therefore recommend that the Court find the defendant violated the conditions of her supervised release as to violation numbers 1, 3, 5, and 6, and that the Court conduct a hearing limited to disposition as to these violations. A disposition hearing has been set before the Honorable Thomas S. Zilly, for May 18, 2006, at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 1st day of March, 2006.

_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: The Hon. Thomas S. Zilly
     AUSA: Mr. William Redkey
     Defendant's attorney: Mr. Robert Goldsmith
     Probation officer: Mr. Felix Calvillo, Sr.